(PJWx), CLOSED, DISCOVERY, TRANSFERRED

**U.S. District Court**
**CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)**
**CIVIL DOCKET FOR CASE #: 2:05-cv-03705-FMC-PJW**
**Internal Use Only**

J T Posey Company V. Hipsaver Company Inc
Assigned to: Honorable Florence-Marie Cooper
Referred to: Magistrate Judge Patrick J. Walsh
Cause: 28:2201 Declaratory Judgement

Date Filed: 05/18/2005
Jury Demand: Defendant
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

J T Posey Company
a California Corporation

represented by **Douglas H Morseburg**
Sheldon & Mak
225 S Lake Ave, 9th Fl
Pasadena, CA 91101
626-796-4000
Email: doug@usip.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey G Sheldon**
Sheldon & Mak
225 S Lake Ave, 9th Fl
Pasadena, CA 91101
626-796-4000
Email: jgsheldon@usip.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon S Sheldon**
Sheldon and Mak
225 South Lake Ave, 9th Floor
Pasadena, CA 91101
626-796-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby attest and certify on 7/21/05 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By _____ Deputy

00127

V.

**Defendant**

Hipsaver Company Inc
a Massachusetts corporation

represented by **Aaron V O'Donnell**
Atkinson Andelson Loya Ruud And Romo
17871 Park Plaza Drive
Suite 200
Cerritos, CA 90703-8597
562-653-3200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward J Dailey**
Brombert Sunstein
125 Summer Street, 11th Floor
Boston, MA 02110-1618
617-443-9292
Email: edailey@bromson.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Cosmo Ho**
Atkinson Andelson Loya Ruud & Romo
17871 Park Plaza Dr, Ste 200
Cerritos, CA 90703-8597
562-653-3200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark T Palin**
Atkinson Andelson Loya Ruud & Romo
17871 Park Drive Suite 200
Cerritos, CA 90703-8597
562-653-3200
Fax: 562-653-3333
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J Karol**
Brombert Sunstein
125 Summer Street, 11th Floor
Boston, MA 02110-1618
617-443-9292
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott K Dauscher**
Atkinson Andelson Loya Ruud & Romo
17871 Park Plaza Dr, Ste 200
Cerritos, CA 90703-8597
562-653-3200
Email: skd@aalrr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Hipsaver Company Inc**
*a Massachusetts corporation*

represented by **Aaron V O'Donnell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward J Dailey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Cosmo Ho**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark T Palin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J Karol**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case 1:05-cv-11079 Document 24-2 Filed 07/26/2005    Page 3 of 5

Scott K Dauscher
(See above for address)
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

V.

**Counter Defendant**

**J T Posey Company**
*a California Corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2005 | | ***Party Hipsaver Company Inc added. (twdb, ) (Entered: 05/23/2005) |
| 05/18/2005 | 1 | COMPLAINT for declaratory judgment against defendant Hipsaver Company Inc.(Filing fee $ 250 paid), filed by plaintiff J T Posey Company.(twdb, ) (Entered: 05/23/2005) |
| 05/18/2005 | | Summons Issued re Complaint - (Discovery)[1] as to Hipsaver Company Inc. (twdb, ) (Entered: 05/23/2005) |
| 05/18/2005 | 2 | CERTIFICATION of Interested Parties filed by Plaintiff J T Posey Company. (twdb, ) (Entered: 05/23/2005) |
| 05/25/2005 | 3 | PROOF OF SERVICE Executed by Plaintiff J T Posey Company, upon Hipsaver Company Inc served on 5/19/2005, answer due 6/8/2005. The Summons and Complaint were served by Personal service, by NOT CITED statute, upon Edward L. Goodwin, Hipsaver Co Inc., Thubbard Street, Canton, MA. Due Dilligence declaration not attached. Original Summons returned. (jp, ) (Entered: 05/26/2005) |
| 06/06/2005 | 4 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case by Peter J Karol for Hipsaver Company Inc, designating Edward C Ho as local counsel. Fee PAID. Approved by Judge Florence-Marie Cooper.(jp, ) (Entered: 06/07/2005) |
| 06/06/2005 | 5 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case by Edward J Dailey for Hipsaver Company Inc designating Mark T Palin as local counsel. Fee PAID. Approved by Judge Florence-Marie Cooper.(jp, ) (Entered: 06/07/2005) |
| 06/06/2005 | | FAX number for Attorneys Edward J Dailey, Peter J Karol is 617-443-0004. (jp, ) (Entered: 06/07/2005) |
| 06/07/2005 | 6 | ANSWER to Complaint - (Discovery)[1], COUNTERCLAIM against J T Posey Company, with JURY DEMAND, filed by defendant Hipsaver Company Inc. (jp, ) (Entered: 06/08/2005) |
| 06/07/2005 | 7 | NOTICE of Interested Parties filed by Defendant, Counter Claimant Hipsaver Company Inc. (jp, ) (Entered: 06/08/2005) |
| 06/07/2005 | 8 | NOTICE OF MOTION AND MOTION to Dismiss, Stay or to Transfer this action to District of Massachusetts; Certificate of Meet and Confer; and Memorandum of Points and Authorities filed by defendant Hipsaver Company Inc. Motion set for hearing on 7/11/2005 at 10:00 AM before Honorable Florence-Marie Cooper. (jp, ) (Entered: 06/09/2005) |
| 06/07/2005 | 9 | DECLARATION of EDWARD J. DAILEY in support of MOTION to Dismiss, Stay or to Transfer this action [8] filed by defendant Hipsaver Company Inc. (jp, ) (Entered: 06/09/2005) |

| | | |
|---|---|---|
| 06/07/2005 | 10 | DECLARATION of EDWARD GOODWIN in support of MOTION to Dismiss, Stay or to Transfer this action [8] filed by defendant Hipsaver Company Inc. (jp, ) (Entered: 06/09/2005) |
| 06/07/2005 | 11 | NOTICE of Related Case(s) filed by Defendant Hipsaver Company Inc. Related Case(s): 05-10917 PBS filed in the US District Court for the State of Massachusetts (rn, ) (Entered: 06/15/2005) |
| 06/15/2005 | 12 | EX PARTE APPLICATION to Strike MOTION to Dismiss, Stay or to Transfer this action to District of Massachusetts [8] filed by plaintiff/counter defendant J T Posey Company. Lodged proposed order. (jag, ) (Entered: 06/22/2005) |
| 06/15/2005 | 13 | DECLARATION of DOUGLAS H MORSEBURG in support of EX PARTE APPLICATION to Strike MOTION to Dismiss, Stay or to Transfer this action to District of Massachusetts [8][12] filed by plaintiff/counter-defendant J T Posey Company. (jag, ) (Entered: 06/22/2005) |
| 06/17/2005 | 15 | OPPOSITION to EX PARTE APPLICATION to Strike MOTION to Dismiss, Stay or to Transfer this action to District of Massachusetts [8][12] filed by defendant/counterclaimant Hipsaver Company Inc. (jag, ) (Entered: 06/27/2005) |
| 06/17/2005 | 16 | DECLARATION of EDWARD J DAILEY in support of opposition to EX PARTE APPLICATION to Strike MOTION to Dismiss, Stay or to Transfer this action to District of Massachusetts [8][12] filed by defendant/counterclaimant Hipsaver Company Inc, Hipsaver Company Inc. (jag, ) (Entered: 06/27/2005) |
| 06/20/2005 | 14 | MINUTES by Judge Florence-Marie Cooper; Court has read and considered plaintiffs EX PARTE APPLICATION to Strike to Dismiss, Stay or to Transfer this action to District of Massachusetts [8][12] and defendants opposition thereto. No good cause having been shown, the ex parte application is DENIED.Court Reporter: n/a. (jag, ) (Entered: 06/22/2005) |
| 06/20/2005 | | ORDER denying [12] Ex Parte Application to Strike (jag, ) (Entered: 06/22/2005) |
| 06/20/2005 | | PLACED IN FILE - NOT USED re (proposed) order striking motion for dismissal submitted by plaintiff/counter-defendant J T Posey Company. (jag, ) (Entered: 06/22/2005) |
| 06/20/2005 | 17 | NOTICE OF ERRATA filed by Defendant Hipsaver Company Inc. correcting Declaration of Edward J. Dailey in support of its opposition to plaintiffs ex parte application for an order striking Hipsaver's Motin for Dismissal, Stay, or Transfer[16]. (ca, ) (Entered: 06/29/2005) |
| 06/27/2005 | 19 | MEMORANDUM of points and authorities in partial Opposition to MOTION to Dismiss Case MOTION to Stay Case MOTION to Stay Case MOTION to Transfer Case to District of Massachusetts MOTION to Transfer Case to District of Massachusetts[8] filed by plaintiff, J T Posey Company. (sv) (Entered: 07/07/2005) |
| 06/27/2005 | 20 | DECLARATION of Jeffrey G Sheldon in partial opposition to MOTION to Dismiss Case MOTION to Stay Case MOTION to Stay Case MOTION to Transfer Case to District of Massachusetts MOTION to Transfer Case to District of Massachusetts[8] filed by plaintiff, J T Posey Company. (sv) (Entered: 07/07/2005) |
| 06/27/2005 | 21 | DECLARATION of Douglas H Morseburg in partial opposition to MOTION to Dismiss Case MOTION to Stay Case MOTION to Stay Case MOTION to Transfer Case to District of Massachusetts MOTION to Transfer Case to District of Massachusetts[8] filed by plaintiff J T Posey Company. (sv) |

| | | |
|---|---|---|
| | | (Entered: 07/07/2005) |
| 06/27/2005 | 22 | PROOF OF SERVICE filed by plaintiff, J T Posey Company. re Declaration (Motion related), Declaration (Motion related)[20], Declaration (Motion related), Declaration (Motion related)[21], MEMORANDUM in Opposition to Motion, [19], was served on 6/27/05. (sv) (Entered: 07/07/2005) |
| 06/30/2005 | 18 | MINUTES by Judge Florence-Marie Cooper; Defendant Hipsaver Companys MOTION to Dismiss, Stay or to Transfer this action to District of Massachusetts [8] is STAYED pending the outcome of the 7/12/05 hearing on plaintiffs J T Poseys motions filed in the Massachusetts District Court. Consistent with the spirit of the first-to-file rule, the Court will wait for the decision of the Massachusetts Court where the first action was filed. Court stays this matter until the Massachusetts Court reaches a decision of plaintiffs motions.Court Reporter: n/a. (jag, ) (Entered: 07/01/2005) |
| 06/30/2005 | | ORDER taking under advisement [8] Motion to Dismiss Case, taking under advisement [8] Motion to Stay Case, taking under advisement [8] Motion to Transfer Case (jag, ) (Entered: 07/01/2005) |
| 07/01/2005 | | PLACED IN FILE - NOT USED re stipulation to continue (1) hearing on motion to dismiss, stay or transfer; and (2) time to reply to counterclaim pending ruling in related case on motion to transfer submitted by plaintiff, J T Posey Company. (sv) (Entered: 07/13/2005) |
| 07/18/2005 | 23 | STIPULATION and ORDER by Judge Florence-Marie Cooper that this matter shall be transferred to the District of Massachusetts which is the district in which the related case CV05-10917 PBS is pending. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.)(jag, ) (Entered: 07/21/2005) |
| 07/18/2005 | | ***Set/Clear Flags (jag, ) (Entered: 07/21/2005) |