UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-11572-PBS

J T Posey Company
Plaintiff

v.

Hipsaver Company, Inc.
Defendant

ORDER OF CONSOLIDATION

SARIS, D.J.


This Court hereby ORDERS that the above-entitled action be consolidated with civil action number 05-CV-10917-PBS which has been designated the lead case. All future pleadings are to be filed in case number 05-CV-10917-PBS.


By the Court,


 /s/ Robert C. Alba
Deputy Clerk


August 8, 2005


To: All Counsel